IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |  |
|---|---|---|
| IVAN BRYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-128 |
| | ) | |
| CRYSTAL PAGE and AUGUSTA-RICHMOND COUNTY GEORGIA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The August 21, 2025 Revised Scheduling Order directed the parties to file a Joint Status Report by September 2, 2025, concerning the opportunity to engage in mediation prior to filing summary judgment motions. (Doc. no. 42.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Revised Scheduling Order has passed. However, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's August 21st Order on or before September 10, 2025.[1]

SO ORDERED this 3rd day of September, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.