AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

IVAN BRYSON,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: 1:25-cv-00128

CRYSTAL PAGE and AUGUSTA-RICHMOND
COUNTY GEORGIA,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed September 17, 2026 , judgment is entered in favor of Defendants Crystal Page and Augusta-Richmond County Georgia. This case stands closed.

9/17/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*